PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
JILL M. THOMAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABDULLAH ALNAGOMA, <br><br> Defendant. | 2: 21-po-00071-AC <br><br> **GOVERNMENT'S WITNESS LIST** <br><br> DATE: June 21, 2021 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Allison Claire |

The United States, through its undersigned counsel, intends to call the following witnesses in its case-in-chief:

1. Forest Fire Prevention Officer Olivia Rahman, US Forest Service
2. Battalion Chief Steven Pevenage, Lake Valley Fire Protection District
3. Law Enforcement Officer Adam Nadeau, US Forest Service

The United States requests leave to call additional witnesses, if necessary, during the course of the trial, including witnesses that appear on the defendant's witness list.

DATED: June 17, 2021                    PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        */s/ Denise N. Yasinow*

DENISE N. YASINOW
Assistant U.S. Attorney