PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-po-00071-AC |
|---|---|
| Plaintiff, | **GOVERNMENT'S EXHIBIT LIST** |
| v. | |
| ABDULLAH ALNAGOMA, | DATE: June 21, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |
| Defendant. | |

The United States hereby submits the following as its tentative list of exhibits to be used in its case-in-chief at trial.

| Ex. No. | Document Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| 1 | Map of Pope Beach | ALNAGOMA_00000072 | | |
| 2 | Regional Order No. 20-06 | ALNAGOMA_00000008 - 9 | | |
| 3 | Regional Order No. 20-10 | ALNAGOMA_00000012 - 13 | | |
| 4 | Posters set up at Pope Beach | ALNAGOMA_00000025 - 26 | | |

| Ex. No. | Document Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| 5 | Tahoe Daily Tribune front page (Sept 11-17, 2020 edition) | ALNAGOMA_00000038 | | |
| 6 | Photos of signs near Pope Beach | ALNAGOMA_00000040-43 | | |
| 7 | Excerpts from bodycam footage | N/A | | |

The United States reserves the right to decide not to present all of the exhibits listed above and/or to present additional evidence.

DATED: June 17, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Denise N. Yasinow*
DENISE N. YASINOW
Assistant U.S. Attorney