# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

2:21-PO-00071-AC

UNITED STATES OF AMERICA,

Violation Notice/USDC Case Number:  CA45  F5336181

v.

**JUDGMENT IN CRIMINAL CASE**
**(Violation Notice)**

ABDULLAH ALNAGOMA

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of:

Nature of Charge(s)

**36 CFR 261.52(a)**

**UNATTENDED CAMPFIRE**

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☑ **PAY** a fine in the amount of $ 340.00, a special assessment of $ 10.00 and a $ 30.00 processing fee.

☑ Total financial obligation of $ 380.00   due immediately or no later than September 20, 2021

☐ Monthly Payments of $ ____ per month for ____ months commencing on ____ and each month thereafter by the ____ of the month until paid in full.

☐ **PROBATION** for a term of ____ months, expiring on ____. Your conditions of probation are as follows:
1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

   ☐ You shall perform ____ hours of community service by ____

   While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of ____ beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814, on ____ by ____.

☐ **YOU ARE ORDERED TO APPEAR for a REVIEW HEARING** on ____ at ____ and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER:**_____

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CENTRAL VIOLATIONS BUREAU"** and SENT to the following address:

> CENTRAL VIOLATIONS BUREAU
> P.O. Box 780549
> San Antonio, TX 78278-0549
> 1-800-827-2982
> -or-
> Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line"

**Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 06/21/2021

/s/ Allison Claire

**Allison Claire**
United States Magistrate Judge

CRD Initials: ja